IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff**<br><br>v.<br><br>**ALL AROUND LANDSCAPING, INC.**<br>**Defendant** | )<br>)<br>)  **No. 510CR50113-001**<br>)<br>)<br>)<br>)<br>) |

### ORDER OF FORFEITURE

In the Forfeiture Allegation of the Information, the United States seeks forfeiture, pursuant to Title 18 U.S.C. § 982(a)(6)(A), any conveyance used in the commission of Count One of the Information, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of Count One, and/or any property used to facilitate the offense contained in Count One. The United States also seeks the forfeiture of property of the defendant pursuant to 18 U.S.C. § 982(b)(1), incorporating by reference 21 U.S.C. § 853(p), as substitute assets of the above-described forfeitable property.

On October 22, 2010, the defendant, All Around Landscaping, Inc., pleaded guilty to Count One of the Information charging it with Harboring Illegal Aliens, in violation of Title 8 U.S.C. §§ 1324(a)(1)(A)(iii) and 1324(a)(1)(B)(i). Pursuant to a plea agreement entered into by the parties, the defendant has agreed to forfeit to the United States pursuant to Title 18 U.S.C. § 982(a)(6)(A)(ii)(I), certain property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violation charged in Count One, as listed in the stipulation of facts of the plea agreement.

Pursuant to the plea agreement, the United States and the defendant have agreed it has obtained $100,000.00 in United States Currency in proceeds from the violation charged in Count One of the Information, a sum that the parties have stipulated and agreed is a sum in aggregate that represents property that constitutes, or is derived from, or is traceable to the proceeds obtained from the commission of the offense of conviction. In the plea agreement, the defendant has agreed to pay to the United States $50,000.00 in United States Currency at the time of its sentencing, with the remaining $50,000.00 to be collected by the United States during its period of supervision. The defendant consents to the entry of this Order of Forfeiture.

Accordingly, it is hereby ORDERED, DECREED AND ADJUDGED:

1. That based upon the guilty plea of the defendant, All Around Landscaping, Inc., to Count One, its admission to the Forfeiture Allegation of the Information, and the plea agreement between the defendant and the United States, a money judgment in the amount of $100,000.00 in United States Currency shall be entered against the defendant as proceeds obtained directly or indirectly from the defendant's count of conviction.

2. That based upon the defendants' guilty plea and the plea agreement, the defendant shall pay $50,000.00 in United States Currency at the time of its sentencing, with the remaining $50,000.00 to be collected by the United States during the defendant's period of supervision.

3. Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this order the United States is authorized to seize any specific property that is subject to forfeiture as set forth herein in this order and according to the terms of the plea agreement, to conduct any discovery the Court considers proper in identifying, locating or disposing of the property

4. Pursuant to Fed. R. Crim. P. 32.2(c)(1), no ancillary proceeding is required to the extent

that a forfeiture consists of a money judgment.

5. Pursuant to Fed. R. Crim. P. 32.2(b)(4), an Order of Forfeiture becomes final as to a defendant at sentencing.

6. If the defendant does not pay the $100,000.00 in United States Currency, as it has agreed to in the plea agreement with the United States, and those assets:

a) cannot be located upon the exercise of due diligence;

b) has been transferred to, or deposited with a third party;

c) has been placed beyond the jurisdiction of the Court;

then any other property of the defendant up to the value of the total amount of forfeited property, shall be forfeited to the United States as substitute assets pursuant to 18 U.S.C. § 982 (b)(1), incorporating by reference 21 U.S.C. § 853 (p).

IT IS SO ORDERED this 7 day of July, 2011

HONORABLE JIMM LARRY HENDREN
CHIEF UNITED STATES DISTRICT JUDGE

Reviewed and consented to by:

Michael Steenberger, President and Corporate Representative
All Around Landscaping, Inc.

Tim Hutchinson, Counsel for Defendant

Kyle Waters, Assistant U.S. Attorney

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

JUL 0 7 2011

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK